

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00612-CR

James **CHASE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR6198B
Honorable Lorina I. Rummel, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED December 13, 2017.

_____
Rebeca C. Martinez, Justice